CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:  (415) 436-7200
Facsimile:  (415) 436-6748

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GARY E. ROSS, Jr., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 4:25-cv-09449-KAW <br><br> **STIPULATION AND ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1406(a) AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to 28 U.S.C. § 1406(a), the parties hereby stipulate and jointly request that the Court transfer this case to the United States District Court for the Eastern District of California and extend the time for Defendant to respond to the complaint.

1.      Plaintiff Gary E. Ross, Jr., filed this medical malpractice complaint under the Federal Tort Claims Act ("FTCA") on November 3, 2025.  Dkt. No. 1.  He filed a first amended complaint on December 10, 2025.  Dkt. No. 10.

2.      Plaintiff served the U.S. Attorney's Office for the Northern District of California on June 22, 2026.

3.      Plaintiff is a resident of Butte County.  The complaint arises out of an incident that Plaintiff alleges occurred at Travis Air Force Base in Solano County.  Both Butte County and Solano

County are in the Eastern District of California.  28 U.S.C. § 84(b).  Pursuant to 28 U.S.C. § 1402(b), the parties agree that venue in this FTCA action is proper only in the Eastern District of California.

4.     The parties further agree that pursuant to 28 U.S.C. § 1406(a) it would be in the interest of justice to transfer the case to the Eastern District of California.

5.     To allow sufficient time for the case to be transferred and for counsel for Defendant in the Eastern District of California to become familiar with the case file, the parties further stipulate that Defendant shall have 60 days after the case is docketed in the transferee court to answer or otherwise respond to the complaint.

IT IS SO STIPULATED.

DATED:  June 29, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for the UNITED STATES
OF AMERICA

DATED:  June 29, 2025

*/s/ Gary E. Ross, Jr.*
GARY E. ROSS, JR.

Plaintiff Pro Se

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIP. & ORDER TRANSFERRING CASE AND EXTENDING TIME TO RESPOND
No. 25-cv-09449-KAW                                     2

**ORDER**

Pursuant to 28 U.S.C. § 1406(a) and the parties' stipulation, and in the interest of justice, the Court ORDERS that this matter be TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of Court is directed to transfer the file.

The Court further ORDERS that Defendant shall have 60 days after the case is docketed in the transferee court respond to the complaint.

IT IS SO ORDERED.

Dated: July 2, 2026

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIP. & ORDER TRANSFERRING CASE AND EXTENDING TIME TO RESPOND
Case No. 25-cv-09449-KAW                    1